UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF

WASHINGTON, TACOMA DIVISION

| | |
|---|---|
| AHMED M. HASSAN,<br><br>               Plaintiff,<br><br>vs.<br><br>GORDON D. CARVETZ and "JANE DOE" CARVETZ, husband and wife; DRESSER RAND GROUP, INC., a foreign corporation, d/b/a WHEELS, INC., and WHEELS, INC., an Illinois corporation, d/b/a DRESSER RAND GROUP, INC.,<br><br>               Defendant. | NO. 3:10-cv-05534-KLS<br><br>STIPULATED ORDER OF DISMISSAL AS TO ALL PARTIES & CLAIMS<br><br>**(CLERK'S ACTION REQUIRED)** |

COMES NOW Brett A. Purtzer of Hester Law Group, Inc., P.S., attorney of record for plaintiff, and Thomas M. McCurdy of Johnson, Graffe, Keay, Moniz & Wick, LLP, attorney of record for defendants, and hereby stipulate and agree that all claims by and between plaintiff and defendants may be dismissed with prejudice and without costs to either party.

\* \* \* **O R D E R** \* \* \*

THIS MATTER having come on duly and regularly before the undersigned Judge of the above-entitled Court on the stipulation of the attorneys representing plaintiff and defendants, advising this Court that all claims by and between said parties may be

**STIPULATED ORDER OF DISMISSAL AS TO ALL PARTIES & CLAIMS - 1**

JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP
ATTORNEYS AT LAW
2115 NORTH 30TH ST., SUITE 101
TACOMA, WASHINGTON 98403
PHONE (253) 572-5323

dismissed with prejudice and without costs to either party, and the Court being fully advised, now, therefore, it is hereby

ORDERED that all claims by and between plaintiff and defendantd, be, and the same are hereby dismissed with prejudice and without costs to either party.

DATED 25th day of October, 2011.

_____
Karen L. Strombom
United States Magistrate Judge

Presented By:

JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP

_____
Thomas M. McCurdy, WSBA #41568
Attorney for Defendants

Approved as to form and entry;
notice of presentation waived:

HESTER LAW GROUP, INC., P.S.

_____
Brett A. Purtzer, WSBA #17283
Attorney for Plaintiff

G:\bes\2008019.2\SOD.docx

**STIPULATED ORDER OF DISMISSAL AS TO ALL PARTIES & CLAIMS - 2**

JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP
ATTORNEYS AT LAW
2115 NORTH 30TH ST., SUITE 101
TACOMA, WASHINGTON 98403
PHONE (253) 572-5323